

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00547-CV

**IN THE INTEREST OF N.L.P., ET AL., CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00010
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The trial court signed a final order in the underlying parental termination suit on May 23, 2018. Because appeals in parental termination cases are accelerated, the appellants' notice of appeal was due to be filed by September 12, 2018. *See* TEX. R. APP. P. 26.1(b). Appellants' notice of appeal was not filed until July 29, 2019.

Appellants' notice of appeal acknowledges the appeal is an accelerated appeal and states the final order was signed on May 2, 2019. The trial court did sign a nunc pro tunc order on May 3, 2019; however, the nunc pro tunc order only clarified the name and date of birth of one of the children. Because appellants' complaints relate to the trial court's order striking their intervention, the deadline for filing appellants' notice of appeal is not affected by the nunc pro tunc order. *See* TEX. R. APP. P. 4.3(b).

It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are suspended pending this court's resolution of the jurisdictional issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.



Keith E. Hottle,
Clerk of Court